```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14273
    KENYOTTA C STEWART
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4568

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/08/2007 and was not confirmed.

     The case was dismissed without confirmation 11/08/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------

NELNET INC                   UNSECURED         275.82          .00           .00
NELNET INC                   UNSECURED         286.98          .00           .00
TRIAD FINANCIAL CORP         SECURED VEHIC   14738.00          .00           .00
TRIAD FINANCIAL CORP         UNSECURED        1409.60          .00           .00
ACCL                         UNSECURED       NOT FILED         .00           .00
ACCL                         UNSECURED       NOT FILED         .00           .00
ADP/HIGHLAND                 UNSECURED       NOT FILED         .00           .00
AMERICAS FINANCIAL CHOIC     UNSECURED        1041.49          .00           .00
CERTIFIED RECOVERY SYS       UNSECURED       NOT FILED         .00           .00
ENCIRCLE COLLECTIONS         UNSECURED       NOT FILED         .00           .00
ENCIRCLE COLLECTIONS         UNSECURED       NOT FILED         .00           .00
ER SOLUTIONS INC             UNSECURED         620.73          .00           .00
ER SOULTIONS INC             UNSECURED       NOT FILED         .00           .00
B-REAL LLC                   UNSECURED         783.71          .00           .00
GREAT SUB ACC                UNSECURED        6630.37          .00           .00
IC SYSTEMS                   UNSECURED       NOT FILED         .00           .00
ILLINOIS COLLECTION SERV     UNSECURED       NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM     UNSECURED         953.14          .00           .00
PARK DANSAN COLLECTIONS      UNSECURED       NOT FILED         .00           .00
PLAINS COMMERCE BANK         UNSECURED         286.81          .00           .00
PROFESSIONAL ACCOUNT MGM     UNSECURED       NOT FILED         .00           .00
SALUTE/UTB                   UNSECURED       NOT FILED         .00           .00
STATEWIDE CREDIT ASSN        UNSECURED       NOT FILED         .00           .00
STATEWIDE CREDIT ASSN        UNSECURED       NOT FILED         .00           .00
SUPERIOR ASSET MANAGEMEN     UNSECURED       NOT FILED         .00           .00
PARAGON PARKWAY              UNSECURED         445.00          .00           .00
UN COLL TOL                  UNSECURED       NOT FILED         .00           .00
UN COLL TOL                  UNSECURED       NOT FILED         .00           .00
UN COLL TOL                  UNSECURED       NOT FILED         .00           .00
UNITED COLLECTION BUREAU     UNSECURED       NOT FILED         .00           .00
UNITED COLLECTION BUREAU     UNSECURED       NOT FILED         .00           .00
SOUTH SHORE EMERGENCY PH     UNSECURED         187.00          .00           .00
UNIVERSITY OF PHOENIX        UNSECURED       NOT FILED         .00           .00
USA CREDIT                   UNSECURED       NOT FILED         .00           .00
ECMC                         UNSECURED        5447.35          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14273 KENYOTTA C STEWART
```

```
WELLS FARGO AUTO FINANCE  UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED       2796.53              .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        ---------------    ---------------
TOTALS                        .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/27/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE